UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHANIE HULL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No. 1:11-cv-01303-SEB-MJD |
| OWEN COUNTY STATE BANK, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion for Award of Attorney's Fees and Request for Reimbursement of Expenses [Dkt. 106]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections and the Court expressly ordered that any such objections were to be filed on or before March 28, 2014 [ECF Dkt. No. 123 at 9]; no objections to the Magistrate Judge's Report and Recommendation have been filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. The court now having ruled on Plaintiff's Motion for Award of Attorney's Fees and Request for Reimbursement of Expense, hereby orders this action closed on the court's docket consistent with the Judgment issued on May 3, 2013 [Dkt. 105].

Date: 03/31/2014

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

David Benjamin Honig
HALL RENDER KILLIAN HEATH & LYMAN
dhonig@hallrender.com

Andrew B. Howk
HALL, RENDER, KILLIAN, HEATH & LYMAN
ahowk@hallrender.com

Ryan R. Frasher
RYAN FRASHER P.C.
rfrasher@frasherlaw.com

Eric G. Calhoun
TRAVIS, CALHOUN & CONLON PC
eric@travislaw.com

Daniel Kadane Crane-Hirsch
U.S. JUSTICE DEPT.
daniel.crane-hirsch@usdoj.gov

Jill Z. Julian
UNITED STATES ATTORNEY'S OFFICE
jill.julian@usdoj.gov